UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. |
| Plaintiff, | ) | VIOLATIONS: |
| v. | ) | 21 U.S.C. § 963 i/c/w |
| | ) | 21 U.S.C. §§ 959 and 960 |
| **HAROL RODRIGO SUAREZ-GARCIA** | ) | (Conspiracy to Distribute |
| a/k/a "Jose Luis Herrera", a/k/a | ) | Five Kilograms or More of Cocaine |
| "Chico", a/k/a "Dominick", | ) | Intending and Knowing that the |
| **NESTOR DARIO CASTRO** | ) | Cocaine Would Be Unlawfully |
| a/k/a "Alberto", | ) | Imported into the United States) |
| **ESTUARDO GONZALEZ** | ) | |
| a/k/a "Anthony Camarco" a/k/a | ) | 18 U.S.C. § 2 |
| "Compadre", | ) | (Aiding and Abetting) |
| **CAESAR RAMIREZ,** | ) | |
| a/k/a "Ceasar" a/k/a "Cesar" and | ) | |
| **CARLOS ERNESTO BARRETO-** | ) | |
| **SIERRA** | ) | |
| a/k/a "Santiago", | ) | |
| | ) | |
| Defendants. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Beginning on or about October 2004 and continuing up to and including April 5, 2006, in the Republics of Colombia, Panama, and Nicaragua, and elsewhere, the defendants

**HAROL RODRIGO SUAREZ-GARCIA**
**a/k/a "Jose Luis Herrera", a/k/a "Chico", alias "Dominick",**
**NESTOR DARIO CASTRO a/k/a "Alberto",**

**ESTUARDO GONZALEZ a/k/a "Anthony Camarco" a/k/a "Compadre",
CEASAR RAMIREZ a/k/a "Ceasar" a/ka/ "Cesar", and
CARLOS ERNESTO BARRETO-SIERRA a/k/a "Santiago"**

did, knowingly, intentionally, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, including co-conspirators not indicted herein, to commit the following offenses against the United States: to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending or knowing that it would be unlawfully imported into the United States from the Republics of Colombia, Panama, and Nicaragua, and from elsewhere outside of the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963; in conjunction with Title 21, United States Code, Sections 959(a)(1) and 960, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   /s/ John M. Gillies
John M. Gillies
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, DC 20005
202-307-2354