UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 06-101 (GK) |
| v. | **FILED** |
| NESTOR DARIO CASTRO, et al. | NOV 29 2007 |
| **ORDER** | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

Upon consideration of defendant's motion for leave to file an opposition to the government's motion to exclude time under the Speedy Trial Act and declare the case complex. *See* ECF Doc. 11. The defendant's motion is **GRANTED** and the Clerk of the Court is directed to file the opposition that has been attached to the defendant's motion for leave to late file.

So ordered this 28th day of Nov., 2007.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All parties via ECF.