

U.S. Department of Justice

Criminal Division
Narcotic and Dangerous Drug Section

---

*1400 New York Avenue, N.W.*
*Washington, D.C. 20005*

October 30, 2007

Rita B. Bosworth, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

      Re: *United States v. Nestor Dario Castro, a/k/a "Alberto", et al.* No. 06-101 (GK)

Dear Ms. Bosworth:

      I am providing you with a first set of discovery in connection with your representation of defendant Nestor Dario Castro, a/k/a "Alberto". Based upon the government's ongoing discovery obligations under the Federal Rules of Criminal Procedure, and other applicable authority, this initial round of discovery consists of the following:

1.    Investigative Reports: All relevant DEA Form 6's, foreign office DEA cables, and Form DEA-7's, in chronological order (132 pages).

2.    Legal Documents: Applications and orders for authorizing the installation and use of a pen register and trap and trace device on an email account identified as chicoche_13@hotmail.com; application and order regarding request to seal affidavit thereto; agent affidavit and attachments; amended affidavits re: chicoche@hotmail.com; with attachments; search warrant; attachments A and B; Application and order for authorizing the installation and use of a pen register and trap and trace device on an email account identified as dominik131@hotmail.com; agent affidavit and attachments; application and order to seal; Application for order authorizing disclosure of electronic communication records and attached agent affidavit; and order (166 pages).

3.    DEA exhibits N-37, N-39, N-41 (email messages); N-99 (flight manifest); N-117 (hotel receipt); N-47, N-49, N-58, N-78, N-91, N-95, N-109, N-111 (email and internet chat messages); N-110 (fax) (78 pages).

4.    Government of Panama resolution granting extradition and formal extradition request (90 pages).

5.    Arrest Warrant and Complaint (21 pages).

      The DEA investigative reports discuss approximately 51 audio tapes, approximately 20

audio CD's, approximately 4 video DVD's, and one video VHS. These recordings amount to about fourteen hours of conversation in Spanish. They are currently being duplicated, transcribed in the original Spanish, and translated into English, and will be provided to you as soon as we receive them. I expect to have all of the recordings to you by November 15, 2007, and the transcriptions and translations as soon possible after that date.

It is my intention to deliver to you all of the discovery to which you are entitled as quickly as possible. I understand and fully intend to comply with my continuing obligations to provide you with discovery.

If you have any questions, please contact me at 202-616-8648 or my assistant Mike Sheckels at (202-514-0847). Because of the delays in our receiving mail, please send me correspondence via fax at 202-305-9825 or by email jim.faulkner@usdoj.gov.

Sincerely,

Jim Faulkner
Trial Attorney