

U.S. Department of Justice

Criminal Division
Narcotic and Dangerous Drug Section

---

*1400 New York Avenue, N.W.*
*Washington, D.C. 20005*

November 20, 2007

Manuel J. Retureta, Esq.
601 Pennsylvania Avenue, NW
South Building–Suite 900
Washington, DC 20004
202-220-3073

      Re: *United States v. Nestor Dario Castro, a/k/a "Alberto",* et al. *No. 06-101 (GK)*

Dear Mr. Retureta:

      I am providing you with 4 DVD's containing electronic audio files pertaining to 51 audio cassettes and one electronic video file pertaining to one VHS videotape. These materials represent digitized, electronic versions of the same material you were previously provided in cassette tape format. The contents of each DVD is as follows:

**DVD_01**
Audio files
N-100 through N-108, N-119, N-120, N-21, N-36, N-40, N-42, N-50 through N-57, N-60 through N-64

**DVD_02**
Audio files
N-66, N-72 through N-77, N-79, N-84 through N-87, N-89, N-90, N-94, N-4 through N-7

**DVD_03**
Audio file
N-83

**DVD_04**
Video file
N-71

      Should you have any questions, please contact me at 202-616-8648 or Mike Sheckels at 202-514-0847. Because of the delays in our receiving mail, please send me correspondence via fax at 202-305-9825 or by email jim.faulkner@usdoj.gov.

Sincerely,

_____
Jim Faulkner
Trial Attorney