UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>HAROL RODRIGO SUAREZ-GARCIA )<br>   a/k/a "Jose Luis Herrera", )<br>   a/k/a "Chico, a/k/a "Dominick" )<br>) | Crim. No. 06-101 |

PROPOSED ORDER OF DETENTION

Upon consideration of the Government's motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142 and the entire record herein, it is, this _____ day of January, 2008

ORDERED, that the Government's motion is granted and that defendant Harol Rodrigo Suarez-Garcia, a/k/a "Jose Luis Herrera", a/k/a "Chico, a/k/a "Dominick", will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that the defendant should be detained because he has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years or more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. The evidence proffered by the Government supports the conclusion that he is a risk of flight if released.

3. The defendant is a danger to the community in general as a result of his alleged involvement in an international narcotics conspiracy, compounded by the fact that he is allegedly aligned with the AUC, a State Department-designated foreign terrorist organization, and the fact that military-grade weapons were allegedly to be traded for narcotics.

4. The defendant has not rebutted the presumption contained in the Bail Statute and accordingly, no condition or combination of conditions will reasonably assure his appearance at trial. See 18 U.S.C. § 3142(e).

5. The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6. The defendant shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

_____
DEBORAH A. ROBINSON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT