UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :        CR. NO. 06-101 (GK)

HAROL RODRIGO SUAREZ-GUARCIA    :

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter.

/s/
Edward C. Sussman No. 174623
Attorney for Defendant
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 17th day of January, 2008 by electronic filing on all interested parties.
.

/s/
Edward C. Sussman