# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-101 | MAGIS. NO: |
|---|---|---|
| V.<br><br>Harol Rodrigo Suarez-Garcia, et al.<br><br>DOB:          PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Harol Rodrigo Suarez-Garcia<br>a/k/a "Jose Luis Herrera"<br>a/k/a "Chico"<br>a/k/a "Dominick"<br>Republic of Panama | FILED<br>JAN 1 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Distribute Five (5) Kilograms or More of Cocaine with the Intent and Knowledge that the Cocaine Would Be Unlawfully Imported into the United States

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21 U.S.C. § 963 i/c/w 21 U.S.C. §§ 959 & 960, and<br>18 U.S.C. § 2 |
|---|---|

| BAIL FIXED BY COURT:<br>HULB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>APR 25 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>APR 25 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>01/07/08 | NAME AND TITLE OF ARRESTING OFFICER<br>D. L BALDWIN<br>SDUSM-USMS<br>WASH, DC | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>01/11/08 | | |