UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA          :


          v.                      :          CR. NO. 06-101 (GK)


HAROL RODRIGO SUAREZ-GUARCIA      :

<u>NOTICE OF APPEARANCE</u>

The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601

Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter,

pursuant to the Criminal Justice Act.



                    _____/s/_____
                    Edward C. Sussman No. 174623
                    Attorney for Defendant
                    Suite 900 - South Building
                    601 Pennsylvania Avenue N.W.
                    Washington, D.C. 20004
                    (202) 737-7110



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served this 17th day of January, 2008

by electronic filing on all interested parties.
.


                    _____/s/_____

1

Edward C. Sussman