UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.                                              :          CR. NO. 06-101-01(GK)

HAROL SUAREZ-GARCIA              :

O R D E R

The court has before it the request of the defendant that he be transferred to the Central Treatment Facility. The court notes that the defendant has advanced good cause for his request and that such transfer will facilitate the ends of justice and judicial economy. It is, therefore, this ____ day of February, 2008,

ORDERED, that the motion be, and hereby is, granted.

_____
GLADY KESSLER
UNITED STATES DISTRICT JUDGE

cc:   Warden Caufield
      Correctional Treatment Facility
      1901 E Street S.E.
      Washington, D.C. 20003

Office of the General Counsel
D.C. Department of Corrections
Washington, D.C.
Washington, D.C. 20530
Fax 202 514-8707


U.S. Marshal'S Service
Prisoner Coordination Section
U.S. Courthouse
Washington, D.C. 20001
.
Records Office
D.C. Jail
1901 D Street S.E.
Washington, D.C. 20003