UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.      :      CR. NO. 06-101-01 (GK)

HAROL SUAREZ-GARCIA      :

O R D E R

Because of the length and complexity of the proceedings in the above captioned matter, and the substantial amount of Spanish language interpretation and translation necessary, Ms. Amma Szal, a court-certified interpreter, to be compensated under the provisions of the Criminal Justice Act, may use the following procedures to obtain interim payments during the pendency of the case:

Ms. Szal may submit to the Office of the Federal Defender Interim CJA Form 21 (entitled "Authorization and Voucher for Expert and Other Services") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

The first interim voucher, due on the sixtieth day of the month following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of the interpreter's appointment.

Thereafter, the interpreter shall submit interim vouchers every 30 days as set forth above. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $1,600.00 and for all reimbursable

expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek compensation exceeding the $1,600.00 CJA per case ceiling, (excluding reimbursement sought for expenses), these vouchers must be approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting. At the conclusion of the case, the interpreter shall submit a final voucher seeking payment of the one-fifth balance withheld for the earlier Interim Vouchers.

The notation "Final Voucher" should be typed at the top of the last Form 21 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received in connection with this matter, as well as the balance remaining due. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

SO ORDERED.

_____  _____
DATE  GLADYS KESSLER
 UNITED STATES DISTRICT JUDGE


_____  _____
DATE  DOUGLAS H. GINSBURG
 CHIEF JUDGE, U.S. COURT OF APPEALS
 FOR THE DISTRICT OF COLUMBIA CIRCUIT

cc:    Erika Freeman
      CJA Panel Administrator
      Federal Defender Service
      Suite 555
      625 Indiana Avenue N.W.
      Washington, D.C. 20004