UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| **v.**     ) | **Crim. No. 06-101** |
| ) | |
| **HAROL RODRIGO SUAREZ**     ) | |
| ) | |
| ) | |

## ORDER

Upon consideration of the "GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S REQUEST FOR TRANSFER TO CORRECTIONAL TREATMENT FACILITY," it is, this _____ day of _____ , 2008

**ORDERED**, that the defendant's motion is **DENIED**.