UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 06-101 (GK) |
| HAROL RODRIGO SUAREZ, | : |
| Defendant. | : |

**FILED**

FEB 28 20[..]

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

Upon consideration of the Defendant's Request to Transfer to Correctional Treatment Center, the Government's Response in Opposition; and the Defendant's Reply; it is this 27th day of February, 2008, hereby

**ORDERED,** that the Defendant's Motion is **denied**. Defendant's counsel is advised to contact Ms. Maria Amato, General Counsel of the D.C. Department of Corrections at Maria.Amato@dc.gov if problems arise in securing opportunities for his client to review discovery in this case.

Feb. 27, 2008

Gladys Kessler
United States District Judge