Case 1:06-cr-00101-GK   Document 36   Filed 02/28/2008   Page 1 of 1

CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 06-101 (GK) |
| ) | |
| ) | Category B |
| #1: HAROL RODRIGO ) | |
| SUAREZ-GARCIA ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on February 28, 2008 from The Calendar Committee to Judge Gladys Kessler by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kessler & Courtroom Deputy
Liaison, Calendar and Case Management Committee
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk