UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 06-101 |
| | ) | |
| HAROL RODRIGO SUAREZ | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S REPLY REGARDING REQUEST FOR TRANSFER TO THE CORRECTIONAL TREATMENT FACILITY

**COMES NOW** the United States of America, by and through the undersigned attorney, and respectfully asks this court to consider additional information learned by the Government regarding defendant Harol Rodrigo Suarez's (hereinafter "Suarez") request for transfer to the Correctional Treatment Facility (hereinafter "CTF").

The Government has contacted the General Counsel for the D.C. Department of Corrections, Maria Amato, regarding the defendant's access to discovery material. She informed us that if we send the discovery directly to her, she will make sure the defendant has liberal access to the library laptop or one its 15 desktop computers to review all of the audio and video recordings in the case. Ms. Amato informed us that recently her office has had an upsurge of inmates, especially those alleged to be affiliated with terrorist and Colombian drug cartel organizations, seeking transfer to the CTF from the District of Columbia Jail.

The government has contacted defense counsel Mr. Sussman and informed him that we will accommodate his client by sending an additional duplicate copy of all of the audio and video recordings directly to the D.C. Jail, via Ms. Amato. Thus, Mr. Sussman will now have two

electronic copies of all of the electronic discovery (one for his Spanish interpreter and one for his client), plus a third copy of the consensual phone call recordings (on cassette tape) for the convenience of his interpreter.

    The government opposes defense counsel's Motion for Transfer for the reasons stated in its original Response (document 32), and based on the fact that the request is now moot, given the assurances provided by Ms. Amato. Nevertheless, should any further issues arise, we will be happy to accommodate Mr. Sussman and his client in any way we can to ensure the defendant has liberal access to review the evidence material to his defense.

    **WHEREFORE**, for the foregoing reasons, the government respectfully requests that this honorable court deny the defendant's motion for transfer to the Central Treatment Facility.

Respectfully submitted,

_____
James A. Faulkner
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
(202) 616-8648