UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :        CR. NO. 06-101-01 (GK)

HAROL SUAREZ-GARCIA              :

DEFENDANT'S UNOPPOSED MOTION FOR LAW LIBRARY ACCESS
AND MEMORANDUM OF SUPPORTING POINTS AND AUTHORITIES

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court, require the D.C. Jail to provide to the defendant access to the law library three (3) times per week. In support of his request, the defendant states the following:

1. The defendant stands indicted in connection with a lengthy and complex conspiracy in which he is charged with attempting to sell large quantities of heroin and cocaine, or to trade those substances for weapons. The investigation has produced a substantial number of videotapes and recorded conversations. The government is producing a set of compact disks containing the discovery that will be turned over to the Department of Corrections and maintained at the jail's law library.

2. In order to assure that the defendant has access to the law library and its computers, counsel is requesting that the court order that the defendant be permitted to visit the library three times each week. Hopefully that will allow him the opportunity to review the materials and gain a fuller understanding of the government's case. Additionally, such access will remove the need

for counsel or an investigator to go to the jail and review the material with Mr. Suarez.

3.. Given that the defendant speaks little English, he is at somewhat of disadvantage in the scramble for library access. His particularized need for such access -as opposed to those prisoners who seek to do "legal research" on their cases, does, in counsel's view, entitle Mr. Suarez to some special consideration.

4. This motion has been reviewed by Jim Faulkner, the prosecutor assigned to this case, who has indicated that he has no objection to the granting of this request.

4. The interests of justice and judicial economy require that this request be granted.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and order the D.C. Jail to provide the defendant with access to the law library three times each week.

Respectfully submitted,

_____
EDWARD C. SUSSMAN, NO. 174623
Counsel for Harol Suarez-Garcia
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing motion was served electronically this 9th day of March, 2008 on all interested parties.

_____
Edward C. Sussman