UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 06-101 (GK) |
| v. ) | |
| ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA ) | |
| a/k/a "Jose Luis Herrera", a/k/a ) | |
| "Chico", a/k/a "Dominick" ) | |
| ) | |
| NESTOR DARIO CASTRO ) | |
| a/k/a "Alberto", ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO POSTPONE TRIAL DATE ONE WEEK

The United States of America, by and through the undersigned counsel, respectfully requests this court, if schedule permits, to reschedule the start date of trial from August 4, 2008 to August 11, 2008. Prior to the scheduling of the August 4 trial date, the undersigned counsel had planned to attend a week-long event in Wisconsin which will end August 3, 2008, which would make it logistically difficult for the Government to commence trial on August 4.

The Government has discussed with both defense counsel rescheduling the trial date to August 11, 2008, and neither defense counsel has any objection. If the Court is unable to reschedule the start date of trial to August 11, 2008, then the Government will nevertheless be ready for trial on August 4, 2008.

WHEREFORE, the Government respectfully requests that its motion be granted if such a change does not inconvenience the court.

Respectfully Submitted,

_____
Jim Faulkner
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave., NW 8th Floor
Washington D.C. 20005
202-514-0917

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, April 5, 2008.

_____
Jim Faulkner