# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Crim. No. 06-101 (GK)** |
| | ) | |
| **HAROL RODRIGO SUAREZ-GARCIA** | ) | |
| **a/k/a "Jose Luis Herrera",** | ) | |
| **a/k/a "Chico, a/k/a "Dominick",** | ) | |
| | ) | |
| | ) | |
| **NESTOR DARIO CASTRO** | ) | |
| **a/k/a "Alberto",** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Upon consideration of the Government's Motion to Postpone Trial Date One Week, and there being no objection thereto, it is, this _____ day of _____, 2008,

ORDERED, that the Government's Motion is granted and the trial is rescheduled to commence on August 11, 2008.

_____
Date

_____
Gladys Kessler
District Court Judge