UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CR. NO. 06-101-01(GK) |
| HAROL SUAREZ-GARCIA | : |

O R D E R

The court has before it the request of the defendant that the government preserve all electronic mail that might arguably be categorized as Jencks or Bruton material. The court finds that the defendant has advanced good cause for his request. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

_____
GLADY KESSLER
UNITED STATES DISTRICT JUDGE

.

1

Washington, D.C. 20003