UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-101-01(GK) |
| HAROL SUAREZ-GARCIA | : | |

O R D E R

The court has before it the request of the defendant that the government disclose at the earliest time the names of any co-conspirators that it will seek to admit statements pursuant to FRE 801(d)(2)(E) at trial.  The court finds that the defendant has advanced good cause for this request. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the disclosure be made by _____.

_____
GLADYS  KESSLER
UNITED STATES DISTRICT JUDGE

1