UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA            :


     v.                    :            CR. NO. 06-101-01 (GK)


HAROL RODRIGO SUAREZ-GARCIA        :

### O R D E R

The court has before it the request of the defendant that he be permitted to adopt motions

filed by co-defendants in which he has standing.  The court finds that the defendant has advanced

good cause for the granting of this request. It is, therefore, this _____ day of

_____, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that prior to the date scheduled for the filing of a responsive

pleading by the government that the defendant specify the specific motions he wishes to adopt,

and, if unclear, the reasons why he has standing to adopt those motions.


_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE