UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-101-01(GK) |
| HAROL SUAREZ-GARCIA | : | |

O R D E R

The court has before it the request of the defendant that the government inform the defense of its intention to offer expert testimony at trial and the details of such testimony. The court finds that the defendant has advanced good cause for his request. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that such disclosure be made by _____.


_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

.

Washington, D.C. 20003