UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | Crim. Case No.:  06-101  (GK) |
| v. | |
| **NESTOR DARIO CASTRO, et al.** | |

### DEFENDANT'S MOTION FOR EARLY DISCLOSURE OF *JENCKS & GIGLIO* MATERIAL AND WITNESS/EXHIBIT LIST

**COMES NOW DEFENDANT, Nestor Dario Castro** (hereinafter referred to as "Mr. Castro"), by and through undersigned counsel, and respectfully asks this Court for an order requiring the early disclosure of *Jencks & Giglio* material as well as the production of a government witness and exhibit list.  Defendant argues that production of this material will assure his Fifth and Sixth Amendment rights to due process and right to confrontation.  Additionally, the production will allow for the smooth presentation of evidence and avoid unnecessary delay before a jury.

Mr. Castro has reviewed this Court's "Trial Procedures" order issued May 13, 2008.  ECF Doc. 50.  The request herein seeks to modify two sections of the Court's order, specifically Section V, subsection C & D.  Under those sections the Court directs that an exhibit list be marked one week in advance of trial, that witnesses be disclosed before the next trial day, and that *Jencks* also be provided the night before anticipated witness testimony.  Mr. Castro asks that additional notice and release of witness and exhibit lists be given.

Trial in this case will involve witnesses from the Republic of Colombia.  Due to the international component to this case, the witnesses may be presently unknown to the defense.

Defense counsel has no way of preparing an effective cross-examination of such unknown witnesses. Effective confrontation requires fair notice as to the witnesses' identity, including their national identification cards (cedullas) and a short resume of their claimed connection to the case. The defense request will also avoid the need for a trial continuance since investigation of such witnesses could require the need to investigate internationally.

Fed. R. Crim. Proc. 26.2(a) provides that *Jencks* statements need only be disclosed after the direct testimony of the witness. Rule 26.2(d), however, provides that the Court may recess the proceedings to allow counsel time to prepare for use of the statement in cross-examination. The length of the recess under subsection (d) is a matter for the Court's discretion; but the exercise of that discretion is guided by the circumstances of the particular case. Here the circumstances are unique, especially if the government intends to call a host of unknown individuals who have probably received benefits by a foreign government, and perhaps by the United States.

Mr. Castro submits that the Court has discretion in the interests of justice to order the government to disclose this information well in advance of trial. In *United States v. Karake*, Cr. No. 02-256 (ESH), Judge Huvelle recently ordered the government to disclose the list of its Rwandan witnesses over two-months before the recent suppression hearing.

At this time, Mr. Castro's discovery material consists of phone calls and videos of meetings between codefendants and a government undercover source. Yet, there is no evidence of Mr. Castro's ties to the AUC, or the "right-wing paramilitary" forces that the government intends to tie to Mr. Castro. At trial it is anticipated that the government will call cooperating witnesses to make such a connection: AUC to Mr. Castro. If that were to happen, Mr. Castro would have no way to prepare, investigate or defend such accusations. Release of the material

requested is necessary to assure Mr. Castro's right to a fair trial.

**WHEREFORE,** Mr. Castro argues that both due process and the right of confrontation require that he have a fair opportunity to notice in this case and a fair opportunity to investigate and prepare to cross-examine witnesses from a foreign country and those unknown to the defense. An advance period of two-months prior to the scheduled trial date is respectfully requested.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF.

_____/s/_____
Manuel J. Retureta, Esq.