UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.: 06-101 (GK) |
| **NESTOR DARIO CASTRO, et al.** | |

**ORDER**

Upon consideration of defendant, Nestor Dario Castro's, motion for early release of *Jencks* and *Giglio* material, along with the request for government production of a witness and exhibit list, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that government counsel shall provide to the defense: 1) all *Jencks* and *Giglio* material for expected witnesses; 2) a list of anticipated witnesses; and, 3) an exhibit list. This information shall be provided to the defense no later than two-months prior to the scheduled start date of trial.

**SO ORDERED THIS _____ DAY OF _____, 2008.**

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All Parties Via ECF