UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.: 06-101 (GK) |
| **NESTOR DARIO CASTRO, et al.** | |

## ORDER

Upon consideration of defendant, Nestor Dario Castro's, motion directing the government to disclose the identities of each confidential source/informant and government witness regardless of whether they will testify at trial, it is hereby **ORDERED,** that the defendant's motion is **GRANTED.** Government counsel is directed to disclose this information to defense counsel two-months before the scheduled trial date.

SO ORDERED THIS _____ DAY OF _____, 2008.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All Parties Via ECF.