UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 06-101 (GK) |
| NESTOR DARIO CASTRO, et al. | |

## ORDER

Upon consideration of the motion of the defendant, Nestor Dario Castro's, to limit and preclude electronically obtained evidence and request for translated transcripts, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that the government shall provide to the Court a written response detailing all factors identified by the defense motion prior to the playing and anticipated request for admission of any such evidence. Additionally, the government shall produce translated transcripts of all calls they intend to introduce at trial two-months prior to the scheduled trial date.

                                                                                  _____
                                                                                  GLADYS KESSLER
                                                                                  UNITED STATES DISTRICT JUDGE

**Copies To:**

   All Parties