UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.: 06-101 (GK) |
| **NESTOR DARIO CASTRO, et al.** | |

### ORDER

Upon consideration of defendant, Nestor Dario Castro's, motion for the government to provide a Bill of Particulars pursuant to FRCP 7(f), it is this _____ day of _____ 2008, hereby **ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that government counsel shall immediately provide a bill of particulars consistent with the defense motion:

   SO ORDERED THIS _____ DAY OF _____, 2008.

                                            _____
                                            GLADYS KESSLER
                                            UNITED STATES DISTRICT JUDGE

**Copies To:**

All Parties Via ECF.