UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             :       CR. NO. 06-101-01 (GK)

HAROL RODRIGO SUAREZ-GARCIA    :

ORDER

The court has before it the request of the defendant that he be permitted to adopt motions filed by co-defendants in which he has standing. The court finds that the defendant has advanced good cause for the granting of this request. It is, therefore, this 19th day of May, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that prior to the date scheduled for the filing of a responsive pleading by the government that the defendant specify the specific motions he wishes to adopt, and, if unclear, the reasons why he has standing to adopt those motions.

Gladys Kessler
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

1