UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | |
| **NESTOR DARIO CASTRO,** ) | Crim. No. 06-101 (GK) |
| ) | |
| **HAROL RODRIGO SUAREZ-GARCIA** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

Upon consideration of the defendants' "Motion for Bill of Particulars," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT