UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| NESTOR DARIO CASTRO, ) | Criminal Case No. 06-101 (GK) |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the defendants' "Motion to Compel Disclosure of Expert Testimony," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT