UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 06-101 (GK) |
| v. ) | |
| ) | |
| ) | |
| NESTOR DARIO CASTRO, ) | |
| a/k/a "Alberto", ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA ) | |
| a/k/a "Jose Luis Herrera", a/k/a ) | |
| "Chico", a/k/a "Dominick", ) | |
| ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' SECOND REQUEST FOR NOTICE OF INTENTION TO USE RULE 404(b) EVIDENCE AT TRIAL[1]

**COMES NOW** The United States of America, by and through the undersigned attorney, and hereby files its supplemental response to the defendants' second Motion for Disclosure of Government's Intent to Introduce Rule 404(b) Evidence.

On March 17, 2008, defendant Harol Rodrigo Suarez-Garcia filed a Request for Notice of Intention to Use 404(b) Evidence at Trial (ECF Document 40). On April 5, 2008, the government responded to that request by giving notice to the defendants of its intention to admit evidence of uncharged conduct which is direct evidence of, and

---

[1] The defendants' second Motion for Disclosure of Government's Intent to Introduce Rule 404(b) Evidence was originally filed by defendant Nestor Dario Castro, but was later adopted and joined by co-defendant Harol Rodrigo Suarez-Garcia.

intrinsic to, the charged conspiracy (ECF Document 44). In the present motion, the defendants have requested more specific information about "how the government intends to introduce evidence about the AUC, especially when the AUC is already labeled a 'right wing terrorist organization.'" Def. Mot. at 3.

The government hereby informs the defendants that any evidence or background information about the AUC outside of the charged conspiracy will be presented through the government's sole DEA expert, who will testify generally about the role of the AUC in international drug and weapons trafficking in Central and South America. Such testimony will provide helpful background information to the jury, given the defendants' relationship with the AUC and the fact that they were conspiring to provide cocaine and heroin in exchange for cash and weapons to be provided to the AUC. Further details of this expert testimony will be provided to the defendants at least six weeks prior to trial when the government provides its notice of expert testimony pursuant to its obligations under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

Respectfully Submitted,

_____
James A. Faulkner
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave., NW 8th Floor
Washington D.C. 20005
202-514-0917

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, June 1, 2008.

_____
James A. Faulkner