UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HAROL RODRIGO SUAREZ-GARCIA, )<br>)<br>NESTOR DARIO CASTRO, )<br>)<br>)<br>Defendants. ) | Crim. No. 06-101 (GK) |

## ORDER

Upon consideration of the defendants' "Motion to disclose identities of confidential source and government witnesses," and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**, and that the confidential source (CS) be allowed to testify under a pseudonym, provided that the CS' real identity, which shall remain under seal, be provided to defense counsel immediately upon the swearing of the jury.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT