UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA, ) | |
| ) | |
| NESTOR DARIO CASTRO, ) | Crim. No. 06-101 (GK) |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the defendants' "Request for Preservation of Electronic Mail" and the Government's Response thereto, the Court hereby **ORDERS** that the defendants' motion is **DENIED**. Upon considering the Government's request for a pretrial ruling regarding the admissibility of email communications, the Court affirms the admissibility of the electronic communications in question, subject to the Government's proffered method of authentication and a valid evidentiary basis for such admission being established during the course of the trial.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT