UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

    v.       :       CR. NO. 06-101-01(GK)

HAROL SUAREZ-GARCIA       :

## O R D E R

The court has before it the request of the defendant that the government inform the defense of its intention to offer expert testimony at trial and the details of such testimony. *[and the Gov't will not be prejudiced,]* The court finds that the defendant has advanced good cause for his request. It is, therefore, this 9th day of June, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that such disclosure be made by June 23, 2008.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

1