UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-101 (GK) |
| HAROL RODRIGO SUAREZ-GARCIA, | : |
| Defendant. | : |

### ORDER

Upon consideration of Defendant Suarez-Garcia's Motion for a Pre-trial Hearing Regarding Co-Defendant Statements That Are Alleged to Be in Furtherance of the Conspiracy, the Government's Opposition, and the case law from this jurisdiction, the Court concludes that the Motion should be **denied**.

In United States v. Cooper, 91 F. Supp.2d 60, 78 (D.D.C. 2000), the Court rejected a similar request to conduct a pretrial hearing and chose to follow the "common practice in this circuit" to admit the disclosure of co-conspirators subject to connection. In United States v. Gantt, 617 F.2d 831, 845 (D.C. Cir. 1980), the Court of Appeals ruled that "[i]f substantial evidence of the connection has not been produced at the close of the government's case the court will instruct the jury to disregard the hearsay statements." That is precisely the procedure the Court will follow in this case.

June /0 , 2008

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**