# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **HAROL RODRIGO SUAREZ-GARCIA,** ) | **Crim. No. 06-101 (GK)** |
| ) | |
| **NESTOR DARIO CASTRO,** ) | |
| ) | |
| **Defendants.** ) | |

## CONSENT MOTION FOR ATTACHED PROTECTIVE ORDER

The United States of America, with agreement from both defense counsel, respectfully requests that the attached protective Order be granted pursuant to the Court's Order of June 10, 2008 (ECF Document 73).

**WHEREFORE**, the government requests that the Court grant its "Consent Motion for Attached Protective Order."

Respectfully submitted,

/s/
Jim Faulkner
Trial Attorney

Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., NW, 8th Floor
Washington, D.C.  20005
202-514-0928
Jim.Faulkner@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, June 30, 2008.

                                                                /s/
                                                             Jim Faulkner