UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | |
| **HAROL RODRIGO SUAREZ-GARCIA,** ) | Crim. No. 06-101 (GK) |
| ) | |
| **NESTOR DARIO CASTRO,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of the government's "Consent Motion for Trial Not to be in Session on Fridays," the Court hereby **ORDERS** that the government's motion is **GRANTED**.

DATE: _____

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT