UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA, ) | Crim. No. 06-101 (GK) |
| ) | |
| NESTOR DARIO CASTRO, ) | FILED |
| ) | JUN 3 0 2008 |
| Defendants. ) | Clerk, U.S. District and Bankruptcy Courts |

### ORDER

Upon consideration of the government's "Consent Motion for Trial Not to be in Session on Fridays," the Court hereby **ORDERS** that the government's motion is **GRANTED**.

DATE: 6/30/08

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT