UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CR. NO. 06-101-01(GK) |
| HAROL SUAREZ-GARCIA : | |

O R D E R

The court has before it the request of the defendant that the court prohibit admission of evidence that the government seeks to admit pursuant to FRE 404(b). The court notes that the defendant has advanced good cause for his request and that the granting of it will further the ends of justice. It is, therefore, this ____ day of July, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the government is prohibited from entering into evidence, material disclosed in its proffer of June 23, 2008.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

1