UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HAROL RODRIGO SUAREZ-GARCIA** )<br>   a/k/a "Jose Luis Herrera," a/k/a )<br>   "Chico," a/k/a "Dominick," )<br>)<br>**NESTOR DARIO CASTRO,** )<br>   a/k/a "Alberto," )<br>)<br>**Defendants.** ) | **Crim. No. 06-101 (GK)** |

**O R D E R**

The Court having reviewed the government's "Motion in limine for Jenck's Act Hearings Outside the Presence of the Jury," any opposition thereto, and good cause appearing therefor, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

**IT IS SO ORDERED** this ___ day of _____, 2008.

_____
GLADYS KESSLER
JUDGE
UNITED STATES DISTRICT COURT