UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :   CR. NO. 06-101-01 (GK)

HAROL SUAREZ-GARCIA              :

DEFENDANT'S RENEWED REQUEST TO BE TRANSFERRED TO
THE CORRECTIONAL TREATMENT CENTER

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court order his immediate transfer to the Correctional Treatment Facility (CTF) pending trial. In support of his request, the defendant states the following:

1. Following his initial appearance before this court, the defendant requested that he be transferred to the CTF. The defendant once again makes this request for very different reasons.

2. As the court might have become aware, recent prosecutions in this court have caused a fairly significant number of MS-13 members to be incarcerated at the D.C. Jail. Many of these individuals have apparently brought their violent habits to the jail. Recently, the defendant was assaulted at knife point by one of these defendants. As a result of this incident, the defendant - for his safety- has been placed in a "locked down" unit for his own safety. He has been interviewed by jail personnel who apparently intend that he be a witness against his assailant.[1]

3. The result of this situation is that Mr. Suarez has been labeled as an "informant" by

---

[1] It is unclear if there will be an actual criminal prosecution or merely some administrative proceeding.

many in the jail. There was already suspicion concerning the defendant since he was permitted the use of a computer in his cell to view and listen to the discovery. Many of those individuals in his cellblock saw this as a sign of some special treatment by jail officials.

4. Whatever suspicions there were before the recent incident have been inflamed by the fact that Suarez has been attacked and placed in a protective situation. He is now in a cell almost the entire day and is handcuffed even for legal visits.

5. It would seem that safety and basic fairness would mandate that he be transferred to a different facility.

6. The government has previously opposed such a transfer, arguing that the defendant's affiliations with the AUC (Colombian paramilitary) would make his placement at CTF, where his co-defendant is housed, a threat to security. Mr. Suarez denies AUC affiliation and recent disclosures by the government indicate that, other than conversation with the informant, there is no evidence that Suarez has any AUC affiliation.[2]

7. Additionally, there have been many AUC "warlords" brought to D.C. and housed at the jail. Likely, there are more confessed AUC members at the D.C. Jail than at CTF. The defendant had been incarcerated in Panama for almost two years, and has been in D.C. for approximately seven months. There has been nothing indicating any action on his part that is consistent with AUC membership or a desire to aid, or seek aid, from that group. The government's representation at an earlier stage of the case has not been corroborated in any way.

---

[2]Counsel has discussed this matter with the defendant's family in Colombia. His father-in-law, a former police officer, has represented that he knows Suarez well and that he is unaware of any AUC membership or sympathy. Moreover, his father in law stated that his son, a soldier, was killed in action fighting against the AUC and he would not have allowed his daughter to marry any AUC members.

Compared to the risk to the defendant's safety, it is clearly over-weighed. Should the government feel that CTF is not suitable, certainly it is free to suggest placement in a nearby institution.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court order his transfer to the Central Treatment Facility.

Respectfully submitted,

_____/s/_____
Edward C. Sussman, No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served by electronic filing on all interested parties, this 10th day July, 2008.
.

_____/s/_____
Edward C. Sussman