UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

v.   :   CR. NO. 06-101-01(GK)

HAROL SUAREZ-GARCIA   :

O R D E R

The court has before it the request of the defendant that he be transferred to the Central Treatment Facility. The court notes that the defendant has advanced good cause for his request and that such transfer is necessary to insure the defendant's safety. It is, therefore, this ____ day of July, 2008,

ORDERED, that the motion be, and hereby is, granted.

_____
GLADY KESSLER
UNITED STATES DISTRICT JUDGE

cc:   Warden Caufield
    Correctional Treatment Facility
    1901 E Street S.E.
    Washington, D.C. 20003

   Records Office
   D.C. Jail
   1901 D Street S.E.
   Washington, D.C. 20003

1

Office of the General Counsel
D.C. Department of Corrections
Washington, D.C.
Washington, D.C. 20530
Fax 202 514-8707


U.S. Marshal'S Service
Prisoner Coordination Section
U.S. Courthouse
Washington, D.C. 20001
.