

**U.S. Department of Justice**

Criminal Division
Narcotic and Dangerous Drug Section

---

*1400 New York Avenue, N.W.*
*Washington, D.C. 20005*

July 1, 2008

Edward C. Sussman, Esq.
Attorney at Law
601 Pennsylvania Avenue, N.W.
South Building-Suite 900
Washington, DC 20004

    Re: *United States v. Harol Rodrigo Suarez-Garcia, et al. No. 06-101 (GK)*

Dear Mr. Sussman:

    This letter is intended to advise you that the government considers the transcriptions and translations of recordings that have been provided in discovery thus far to be "near final" versions. Apart from minor formatting changes, the government expects few, if any, substantial changes to those transcriptions/translations between this date and the scheduled start of trial in this case on August 11, 2008.

    Please review the transcriptions/translations and advise the government as soon as possible, but before July 25, 2008, of any purported inaccuracies between the transcripts and recordings so that such disputes can be resolved per § V, subsection L of the court's "Trial Procedures" order issued May 13, 2008 (ECF Doc. 50), and a pre-trial stipulation can be reached, thereby avoiding misuse of judicial resources.

    If you wish to discuss this matter further, please contact me at 202-616-8648. Because of the delays in our receiving mail, please send me correspondence via fax at 202-305-9825.

Sincerely,

*[signature]* for Jim Faulkner
_____
Jim Faulkner
Trial Attorney



U.S. Department of Justice

Criminal Division
Narcotic and Dangerous Drug Section

*1400 New York Avenue, N.W.*
*Washington, D.C. 20005*

July 1, 2008

Manuel J. Retureta, Esq.
601 Pennsylvania Avenue, NW
South Building–Suite 900
Washington, DC 20004
202-220-3073

    Re: *United States v. Nestor Dario Castro, a/k/a "Alberto",* et al. *No. 06-101 (GK)*

Dear Mr. Retureta:

    This letter is intended to advise you that the government considers the transcriptions and translations of recordings that have been provided in discovery thus far to be "near final" versions. Apart from minor formatting changes, the government expects few, if any, substantial changes to those transcriptions/translations between this date and the scheduled start of trial in this case on August 11, 2008.

    Please review the transcriptions/translations and advise the government as soon as possible, but before July 25, 2008, of any purported inaccuracies between the transcripts and recordings so that such disputes can be resolved per § V, subsection L of the court's "Trial Procedures" order issued May 13, 2008 (ECF Doc. 50), and a pre-trial stipulation can be reached, thereby avoiding misuse of judicial resources.

    If you wish to discuss this matter further, please contact me at 202-616-8648. Because of the delays in our receiving mail, please send me correspondence via fax at 202-305-9825.

    Sincerely,

    *Mike Shell* for Jim Faulkner
    _____
    Jim Faulkner
    Trial Attorney