UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-101 (GK) |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S REPLY TO DEFENDANT'S RENEWED REQUEST FOR TRANSFER TO CORRECTIONAL TREATMENT FACILITY

The United States of America, by and through the undersigned attorney, respectfully submits this reply to defendant Harol Rodrigo Suarez-Garcia's (hereinafter "Suarez") "Renewed Request for Transfer to the Correctional Treatment Facility" (hereinafter "CTF"). In support thereof, the government states the following:

In response to defendant Suarez's factual assertions regarding the recent alleged assault and associated concerns for his safety detailed in his request dated July 10, 2008 (ECF doc. 85), the government has discussed the situation with the U.S. Marshals Service (USMS) and faxed them a copy of defendant's aforesaid filing. The government stated that it had no objection to the defendant being transferred to any other facility besides CTF, and suggested the Arlington, Virginia correctional facility as a possibility, which would be convenient for counsel, but left any decision as to a transfer up to the USMS' judgement. The USMS has assured the government they will look into the situation and take all necessary action to ensure that the defendant's safety is not at risk.

1

The government has also faxed a copy of counsel's pleading and left a voicemail message for Maria Amato, General Counsel for the D. C. Department of Corrections, and requested that she take all necessary action to assure the defendant's safety.

Subject to review of the defendant's circumstances and feedback provided by the Marshals and relevant officials at D.C. Jail, if transfer is deemed necessary, the government continues to recommend that the defendant be transferred to an alternate facility, such as Arlington, rather than CTF, for security reasons and other practical considerations weighing against transfer to that facility in this particular case as provided in Section B of the government's "Response in Opposition to Defendant's Request for Transfer to Correctional Treatment Facility," filed on February 21, 2008 (ECF doc. 33).

Respectfully submitted,

_____/s/_____
James A. Faulkner
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
(202) 616-8648
jim.faulkner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, July 10th, 2008.

_____/s/_____
Jim Faulkner