UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal No. 06-101-01 (GK) |
| HAROL RODRIGO SUAREZ-GARCIA, : | **FILED** JUL 16 2008 |
| Defendant. : | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

The Defendant has renewed his request to be transferred to the Correctional Treatment Facility ("CTF"). That request is being **denied** for the reasons stated in the letter, attached as Exhibit A, to the Colombian Consul in Washington, D.C. While it is true that the Government had no objection to Defendant's transfer to any other facility besides CTF and suggested the Arlington Correctional Facility as an alternative, it was the judgment of the United States Marshal Service that such a transfer would pose significant security problems.

July 16, 2008

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

