

United States District Court for the District of Columbia
Washington, D.C. 20001

EXHIBIT A

Chambers of
Gladys Kessler
Judge

July 16, 2008

The Honorable Julio Cesar Aldana Bula
Cónsul en Washington, D.C.
Consulado de Colombia
1101 - 17th Street, N.W., Suite 1007
Washington, D.C. 20036

**FILED**
JUL 16 2008
Clerk, U.S. District and
Bankruptcy Courts

Dear Señor Bula:

On July 9, 2008, I received your letter of July 7, 2008, regarding the situation with Harol Suarez Garcia, who is currently detained at the D.C. Jail. I have not replied to you earlier because I have spent the time making a number of telephone calls attempting to find out whether Mr. Suarez Garcia could be transferred to CTF. His lawyer has also made numerous requests for such a transfer.

The authorities at the Jail and in the United States Marshal Service have made it clear to me that there are serious security concerns which preclude moving him to CTF. In addition, his co-defendant, Nestor Dario Castro, is housed at CTF. It is imperative that they be separated and have no opportunity to communicate.

Even though the transfer has turned out not to be possible, I wanted you to know the efforts that were made to obtain it. Mr. Suarez Garcia goes to trial on August 11, 2008, and, therefore, we should have a jury verdict by either the end of August or the first week of September.

Sincerely,

*Gladys Kessler*

Gladys Kessler
United States District Judge

GK/cas

CR06-101-01