UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Crim. No. 06-101 (GK)** |
| v. ) | |
| ) | |
| **HAROL RODRIGO SUAREZ-GARCIA** ) | |
| a/k/a "Jose Luis Herrera," a/k/a ) | |
| "Chico," a/k/a "Dominick," ) | |
| ) | |
| **NESTOR DARIO CASTRO,** ) | |
| a/k/a "Alberto," ) | |
| ) | |
| **Defendants.** ) | |

## GOVERNMENT'S PROPOSED JURY VERDICT FORM

The United States of America, by and through the undersigned attorney, respectfully submits a proposed jury verdict form for use in connection with the above-captioned case at trial. (Attached as Exhibit A). The government advises the court that a substantially similar jury verdict form was previously approved and utilized by this court in the narcotics conspiracy trial *United States v. Darren Ferguson*, Cr.No. 04-043 (GK).

**WHEREFORE**, the government respectfully requests that the foregoing jury verdict form be utilized in this case.

                                                 Respectfully submitted,
                                                 _____/s/_____
                                                 Jim Faulkner
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Narcotic and Dangerous Drug Section
                                                 1400 New York Ave., NW, 8th Floor
                                                 Washington, D.C. 20005
                                                 (202) 616-8648
                                                 Jim.faulkner@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this pleading was delivered to all parties via ECF on this date, July 17, 2008.

              _____/s/_____
              Jim Faulkner