# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
|      ) | |
|      **Plaintiff,**     ) | |
|      ) | **Crim. No. 06-101 (GK)** |
|      **v.**     ) | |
|      ) | |
| **HAROL RODRIGO SUAREZ-GARCIA**     ) | |
|      a/k/a "Jose Luis Herrera," a/k/a     ) | |
|      "Chico," a/k/a "Dominick,"     ) | |
|      ) | |
| **NESTOR DARIO CASTRO,**     ) | |
|      a/k/a "Alberto,"     ) | |
|      ) | |
|      **Defendants.**     ) | |

## **VERDICT FORM**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**With respect to Defendant Harol Rodrigo Suarez-Garcia:**

1. **Count One**: Conspiracy to distribute cocaine, intending or knowing that it would be imported into the United States.

    _____ Not Guilty         _____ Guilty

    a. **Amount of Cocaine**

    If you found Defendant Harol Rodrigo Suarez-Garcia guilty, then you must indicate the amount of cocaine for which the Defendant was responsible, or which the Defendant knew or reasonably could have foreseen would be distributed by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

    _____ 5 kilograms (5000 grams) or more of cocaine

    _____ 500 grams or more of cocaine

**With respect to Defendant Nestor Dario Castro:**

    1.    **Count One**: Conspiracy to distribute cocaine, intending or knowing that it would be imported into the United States.

        _____ Not Guilty        _____ Guilty

    a.    Amount of Cocaine

If you found Defendant Nestor Dario Castro guilty, then you must indicate the amount of cocaine for which the Defendant was responsible, or which the Defendant knew or reasonably could have foreseen would be distributed by the conspiracy, intending or knowing that it would be imported into the United States. This finding must also be unanimous.

        _____ 5 kilograms (5000 grams) or more of cocaine

        _____ 500 grams or more of cocaine


Foreperson _____        Date_____