UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-101 (GK) |
| ) | |
| HAROL RODRIGO SUAREZ-GARCIA, ) | |
| ) | FILED |
| Defendant. ) | AUG - 1 2008 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

<u>ORDER</u>

It is hereby **ORDERED** that the Court's prior Order of Separation concerning this Defendant is **RESCINDED**.

<u>Aug 1, 2008</u>                    <u>Gladys Kessler</u>
                                    Gladys Kessler
                                    United States District Judge

**Copies to: Attorneys of record via ECF**